| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>O'CONNOR, SANDRA D. | 2. Court or Organization<br><br>SUPREME COURT OF UNITED STATES | 3. Date of Report<br><br>04/28/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice (Ret.) | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>1 FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | The National Constitution Center |
| 2. | Member | The Rockefeller Foundation, Board of Trustees |
| 3. | Member, Advisory Board | Smithsonian National Museum of Natural History |
| 4. | Board Member | ABA Central European and Eurasian Law Initiative Council |
| 5. | Board Member | ABA Museum of Law |
| 6. | Co-Chair, National Advisory Council | Campaign for the Civic Mission of Schools |
| 7. | Chancellor | College of William and Mary |
| 8. | Member, Advisory Board | The Henry Clay Center for Statemanship |
| 9. | Special Advisor | ABA Rule of Law Initiative |
| 10. | Honorary Chairperson | MacArthur Foundation, Neuroscience and Law Program |
| 11. | Honorary Chair | Colonial Williamsburg Foundation, National Advisory Committee |
| 12. | Board Member | Randall Lineback Breed Association |
| 13. | Board Member | William H. Rehnquist Center |
| 14. | Counselor on Exec. Council | American Society of International Law |
| 15. | Advisor | Aspen Institute's Justice and Society Program |

O'Connor, Sandra D.

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/28/2011 |

| 16. Commissioner | National Parks Second Century Commission |
|---|---|
| 17. Advisory Board Member | Bill Lane Center for the Study of the North American West at Stanford |
| 18. Advisory Board Member | Stanford University, Center on Ethics |
| 19. Advisory Board Member | Citizenship Counts |
| 20. Chair of the Board of Directors | iCivics |
| 21. Chair of the Advisor Committee | O'Connor Judicial Selection Initiative |
| 22. Advisory Board Member | Lloyd N. Curtler Center for the Rule of Law at the Salzburg Global Seminar |
| 23. Honorary Member | Board for the Foundation for the Future. |
| 24. Special Advisor | American Bar Association Commission on Civic Education in the Nation's Schools |
| 25. Advisory Board Member | Center for Neuroscience and Society (University of Pennsylvania Law School) |
| 26. Advisory Board Member | Alzheimer's Drug Discovery Foundation |
| 27. Task Force Member | Michigan Judicial Selection Task Force |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/28/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/29/10 | Random House - royalty | $1,649.54 |
| 2. 06/29/10 | The New York Times Newspaper - editorial | $75.00 |
| 3. 07/29/10 | Random House - royalty | $877.47 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | See Attached Schedule IV | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/28/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Estate of Elizabeth Anne Burton | 14 kt. yellow gold ribbed ear clips, each set with a large mabe pearl | $833.00 |
| 2. | Estate of Elizabeth Anne Burton | 14 kt. yellow gold ring with gold roping, mabe pearl and diamonds | $834.00 |
| 3. | Estate of Elizabeth Anne Burton | Pair of Louis XV style marble and ormolu base lamp | $76.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AZ Elected Officials Retirement | C | Pension | J | T | | | | | |
| 2. Checking Account: Suntrust Bank, Washington, DC | A | Interest | K | T | | | | | |
| 3. Checking Accounts - Capitol One Washington, D. C. | C | Interest | N | T | | | | | |
| 4. Wells Fargo Savings Account | | None | J | T | Open | 12/23/10 | J | | |
| 5. Oil and Gas Royalty fractional interest, Panola Cty., TX | A | Royalty | J | W | | | | | |
| 6. Oil and Gas Royalty fractional interest, Panola Cty, TX | A | Royalty | J | W | | | | | |
| 7. Charles Schwab Cash & Money Market Fund | | None | | | Closed | 07/10/10 | J | | See Footnote 1 |
| 8. Dodge & Cox Balanced Fund - Acct. 1 | | None | | | Closed | 07/08/10 | P1 | | See Footnote 1 |
| 9. Folger, Nolan, Fleming Douglas - By Pass Trust Account | | None | J | T | Open | 07/19/10 | J | | See Footnote 2 |
| 10. Abbott Laboratories | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 11. Adobe Systems, Inc. | | None | L | T | Buy | 08/31/10 | L | | |
| 12. AES Corp | | None | | | Sold | 04/14/10 | K | | |
| 13. Amgen Inc. | | None | | | Sold | 08/31/10 | L | | |
| 14. AOL Inc. | | None | | | Buy (add'l) | 04/14/10 | K | | |
| 15. | | | | | Sold | 08/31/10 | K | | |
| 16. Apache Corp. Common | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 17. Aqua America | A | Dividend | L | T | Buy | 08/31/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Baker Hughes Inc. | A | Dividend | | | Sold | 08/31/10 | K | | |
| 19. Bank New York Mellow Corp | A | Dividend | L | T | Buy | 04/14/10 | K | | |
| 20. | | | | | Sold (part) | 08/31/10 | L | | |
| 21. | | | | | Buy (add'l) | 12/03/10 | K | | |
| 22. Baxter International | A | Dividend | | | Sold | 04/14/10 | L | | |
| 23. BB&T Corp | A | Dividend | | | Sold | 08/31/10 | J | | |
| 24. Becton Dickinson & Co. | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 25. Cadence Design Systems | | None | | | Sold | 08/31/10 | K | | |
| 26. Capital One Financial Corp. | A | Dividend | | | Sold | 08/31/10 | K | | |
| 27. Cardinal Health | A | Dividend | | | Sold | 04/12/10 | K | | |
| 28. Carefusion Corp. | | None | | | Sold | 08/31/10 | J | | |
| 29. Caterpiller Inc. | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 30. Chevron Corporation | A | Dividend | L | T | Buy | 04/14/10 | K | | |
| 31. | | | | | Buy (add'l) | 08/31/10 | L | | |
| 32. Church & Dwight Inc. | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 33. Cisco Systems Inc. | | None | L | T | Buy | 08/31/10 | L | | |
| 34. | | | | | Buy (add'l) | 12/03/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citrix System Inc. | | None | | | Sold | 08/31/10 | K | | |
| 36. Comcast Corp | A | Dividend | | | Sold | 08/31/10 | K | | |
| 37. Computer Sciences Corp. | | None | | | Sold | 08/31/10 | K | | |
| 38. Compuware Corp | | None | | | Sold | 08/31/10 | K | | |
| 39. Dentsply International | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 40. Discover Financial Services | A | Dividend | | | Sold | 04/12/10 | J | | |
| 41. Du Pont E.I. De Nemouros & Co. | A | Dividend | | | Sold (part) | 01/12/10 | K | | |
| 42. | | | | | Sold | 08/31/10 | K | | |
| 43. Eaton Corp | A | Dividend | | | Sold | 08/31/10 | K | | |
| 44. EBay Inc | | None | | | Sold | 08/31/10 | J | | |
| 45. EMC Corp Mass | | None | L | T | Buy | 08/31/10 | L | | |
| 46. Ericsson (LM) Tel-SP | | None | | | Sold | 08/31/10 | K | | |
| 47. Exxon Mobil Corp | | None | | | Sold | 04/12/10 | L | | |
| 48. Exxon Mobil Corp | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 49. FedEx Corp | A | Dividend | | | Sold | 08/31/10 | K | | |
| 50. General Electric Co | A | Dividend | L | T | Buy (add'l) | 08/31/10 | L | | |
| 51. Glaxosmithkline PLC-ADR | A | Dividend | | | Sold | 08/31/10 | K | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hanesbrands Inc | | None | | | Sold | 04/12/10 | K | | |
| 53. Hewlett-Packard Co. | A | Dividend | | | Sold | 08/31/10 | L | | |
| 54. Home Depot Inc | A | Dividend | | | Sold | 08/31/10 | K | | |
| 55. Illinois Tool Works Inc. | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 56. Intel Corp | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 57. International Business Machines Corp IBM | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 58. Johnson & Johnson | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 59. JP Morgan Chase & Co. | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 60. Legg Mason Inc. | A | Dividend | | | Sold | 08/31/10 | K | | |
| 61. Liberty Media Interactive | | None | | | Sold | 08/31/10 | K | | |
| 62. Lowes Companies Inc. | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 63. Merck & Co. Inc. New | A | Dividend | | | Buy (add'l) | 04/14/10 | L | | |
| 64. | | | | | Sold | 08/31/10 | K | | |
| 65. Microsoft Corp | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 66. Millipore Corp | | None | | | Sold | 07/15/10 | L | | |
| 67. Molex Inc. CL A | A | Dividend | | | Sold | 08/31/10 | K | | |
| 68. Motorola Inc. | | None | | | Sold | 08/31/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000· |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Nestle SA_ | | None | | | Sold | 04/12/10 | L | | |
| 70. News Corp Inc.-CL A | | None | | | Sold | 08/31/10 | K | | |
| 71. Nextera Energy | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 72. Nokia Corp Sponsored | | None | | | Sold | 08/31/10 | J | | |
| 73. Novartis AG | | None | | | Buy (add'l) | 04/14/10 | K | | |
| 74. | | | | | Sold | 08/31/10 | L | | |
| 75. Occidental Pete Corp | A | Dividend | | | Sold | 08/31/10 | K | | |
| 76. Omnicom Group | A | Dividend | | | Sold | 08/31/10 | L | | |
| 77. Panasonic Corp - ADR | | None | | | Sold | 08/31/10 | K | | |
| 78. Pepsico Inc | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 79. Pfizer Inc | A | Dividend | | | Buy | 04/14/10 | K | | |
| 80. | | | | | Sold | 08/31/10 | K | | |
| 81. Pitney Bowes Inc | A | Dividend | | | Sold | 08/31/10 | J | | |
| 82. Procter & Gamble Co. | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 83. Royal Dutch Shell PLC | A | Dividend | | | Buy | 04/14/10 | K | | |
| 84. | | | | | Sold | 08/31/10 | K | | |
| 85. Sanofi-Aventis ADR | | None | | | Buy | 04/14/10 | K | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold | 08/31/10 | K | | |
| 87. Sara Lee Corp | A | Dividend | | | Sold | 08/31/10 | L | | |
| 88. Saul Centers Inc | A | Dividend | | | Sold | 08/31/10 | K | | |
| 89. Schlumberger LTD | A | Dividend | | | Sold | 08/31/10 | L | | |
| 90. Signa-Aldrich | | None | | | Sold | 04/12/10 | K | | |
| 91. Sonoco Products Co | A | Dividend | | | Sold | 08/31/10 | K | | |
| 92. Sony Corp ADR New | | None | | | Sold | 08/31/10 | K | | |
| 93. Sprint Nextel Corp | | None | | | Sold | 08/31/10 | K | | |
| 94. St. Paul Travelers Cos Inc | | None | | | Sold | 08/31/10 | K | | |
| 95. Symantec Corp | | None | | | Sold | 08/31/10 | J | | |
| 96. T Rowe Price Group Inc. | A | Dividend | M | T | Buy | 08/31/10 | L | | |
| 97. Target Corp. | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 98. Time Warner, Inc | A | Dividend | | | Sold | 08/31/10 | J | | |
| 99. Time Warner Inc New | A | Dividend | | | Sold | 08/31/10 | K | | |
| 100. Tyco Electronics LTD | A | Dividend | | | Sold | 08/31/10 | K | | |
| 101. Tyco International LTD | A | Dividend | | | Sold | 08/31/10 | K | | |
| 102. Union Pacific Corp | A | Dividend | | | Sold | 08/31/10 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. US Bancorp New | | None | | | Buy | 04/14/10 | K | | |
| 104. | | | | | Sold | 08/31/10 | K | | |
| 105. US Treasury Bond Due 02-17-11 | | None | L | T | Buy | 08/23/10 | L | | |
| 106. United Technologies Corp. | A | Dividend | L | T | Buy | 08/31/10 | L | | |
| 107. Vodafone Group PLC | | None | | | Buy | 04/14/10 | K | | |
| 108. | | | | | Sold | 08/31/10 | K | | |
| 109. Walgreen Company | B | Dividend | L | T | Buy | 08/31/10 | L | | |
| 110. Wells Fargo Company | A | Dividend | L | T | Sold (part) | 08/31/10 | L | | |
| 111. | | | | | Buy (add'l) | 12/03/10 | L | | |
| 112. West Pharmaceutical | A | Dividend | | | Sold | 08/31/10 | L | | |
| 113. Xerox Corp | A | Dividend | | | Sold | 08/31/10 | K | | |
| 114. Zimmer Holdings Inc | | None | | | Sold | 08/31/10 | J | | |
| 115. Washington Subn San Dist Bond | B | Dividend | L | T | | | | | |
| 116. Tucson Ariz Wtr Rev Bond | C | Dividend | M | T | | | | | |
| 117. Folger Nolan Fleming Douglas - IRA Account | | None | J | T | Open | 07/12/10 | P1 | | See Footnote 3 |
| 118. -Abbott Laboratories | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 119. -Adobe Systems Inc | | None | K | T | Buy | 08/31/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120.  -Apache Corp. | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 121.  -AT&T Corp New | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 122.  -Bank New York Mellon Corp | | None | K | T | Buy | 12/03/10 | K | | |
| 123.  -Becton Dickinson & Co. | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 124.  -Caterpillar Inc. | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 125.  -Chevron Corp | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 126.  -Church & Dwight Inc | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 127.  -Cisco Systems Inc. | | None | K | T | Buy | 08/31/10 | K | | |
| 128. | | | | | Buy (add'l) | 12/03/10 | J | | |
| 129.  -Dentsply International | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 130.  -Dominion Resources Inc of VA | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 131.  -EMC Corp Mass | | None | K | T | Buy | 08/31/10 | K | | |
| 132.  -Exxon Mobil Corp | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 133.  -General Electric Co | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 134.  -Illinois Tool Works Inc | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 135.  -Intel Corp | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 136.  -International Business Machines Corp IBM | A | Dividend | K | T | Buy | 08/31/10 | K | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137.  -Johnson & Johnson | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 138.  -JPMorgan Chase & Co | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 139.  -Lowes Companies Inc | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 140.  -Microsoft Corp | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 141.  -Pepsico Inc | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 142.  -Procter & Gamble Co. | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 143.  -Southern Company | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 144.  -T Rowe Price Group Inc. | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 145.  -Target Corp | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 146.  -US Treasury Bills | A | Interest | P1 | T | Buy | 08/23/10 | P1 | | |
| 147. | | | | | Sold (part) | 09/02/10 | O | | |
| 148. | | | | | Sold (part) | 12/03/10 | K | | |
| 149.  -United Technologies Corp | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 150.  -Walgreen Company | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 151.  -Wells Fargo Company | | None | K | T | Buy | 12/03/10 | K | | |
| 152.  Folger Nolan Fleming Douglas (Cash Account) | | None | L | T | Open | 10/06/10 | L | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/28/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FOOTNOTES

(1) Charles and Schwab Account and Dodge & Cox Balanced Fund -Acct 1 were closed and the proceeds invested with Folger Nolan Fleming Douglas into the By Pass Trust Account in July 2011.

(2) Assets of the Folger, Nolan, Fleming Douglas By Pass Trust Account are included in Part VII.

(3) Folger Nolan Fleming Douglas received the funds from the Dodge & Cox Balanced Fund - Acct 1 in July 2011 and purchased the stocks as noted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ SANDRA D. O'CONNOR

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## IV. Reimbursements of
### Transportation, Lodging, Food, Entertainment

| 1. | Joint American Inns of Court Annual Dinner | January 11. San Diego, California - Remarks at the American Inns Joint Dinner and program. (Transportation and meals) |
|----|----|----|
| 2. | National Association of Secretaries of State | January 29. Washington, D. C. Remarks at the luncheon followed by Question and Answer session. Received the Margaret Chase Smith American Democracy Award. (Transportation and meals) |
| 3. | Michigan Conference at Wayne State University | February 9. Detroit, Michigan Remarks at conference. (Transportation, lodging and meals) |
| 4. | University of Minnesota | February 10. Minneapolis, Minnesota Meeting with legislative members. (Transportation provided through private plane owned by 1CG, LLC which is owned by Diane G. Wallach and John S. Gates) |
| 5. | Foundation of the International Association of Defense Council Conference | February 16. Naples, Florida Remarks at conference followed by question and answer session concerning Our Courts. (Transportation and accommodations provided) |
| 6. | University of Arizona | February 25-26. Tucson, Arizona Teach at the University of Arizona. (Transportation, Lodging and meals) |
| 7. | United States Court of Appeals for Veterans Claims | March 4. Washington, D. C. Luncheon remarks at conference. (Transportation and meals) |
| 8. | Community Foundation in Greensboro and Elon University | March 8. Greensboro, North Carolina Luncheon remarks, and visit at Elon University with students and faculty. (Transportation provided by Bobby Long) |
| 9. | Rockefeller Foundation | March 10. New York, New York Participation in Board meetings. (Transportation, meals and lodging) |
| 10. | Court of Appeals for the Eleventh Circuit | March 16-17. Miami, Florida Sit with the Eleventh Circuit Court of Appeals Panel. (Transportation, lodging and meals) |

| 11. | O'Connor Judicial Selection Initiative and Pat Broe | March 25. Las Vegas, Nevada<br>Meeting with Nevada legislators concerning judicial selection.<br>(Meals. Transportation provided by Pat Broe) |
|---|---|---|
| 12. | Pomona College and Pat Broe | March 30. Claremont, California<br>Visit the campus and address the student body, faculty and alumni.<br>(Meals. Transportation provided by Pat Broe) |
| 13. | New York City Bar Association | April 5. New York City, New York<br>Deliver the Arps Lecture.<br>(Transportation, lodging and meals) |
| 14. | University of Kansas School of Law | April 12-13. Lawrence, Kansas<br>Visit campus and student law class, lunch with students and faculty, conversation-style format for state and federal judges, faculty and alumni.<br>(Transportation, lodging and meals) |
| 15. | Bill Lane Center Advisory Board Council | May 1-2. Palo Alto, California<br>Advisory Board Council meetings at Stanford University.<br>(Transportation, lodging and meals) |
| 16. | Wisconsin State Bar Association | May 5-6. Madison, Wisconsin, Wisconsin<br>Radio interview concerning civic education, address to students, teachers and policy makers at the Wisconsin Supreme Court; remarks to the Wisconsin State Bar Association, and participate in panel discussion.<br>(Transportation, lodging and meals) |
| 17. | College of William & Mary | May 14-16. Williamsburg, Virginia<br>Participation at events for Commencement weekend.<br>(Transportation, lodging and meals) |
| 18. | University of Illinois | May 17, 2010. Chicago, Illinois<br>Remarks for the Paul H. Douglas Education Lecture.<br>(Lodging) |
| 19. | Court of Appeals for the Seventh Circuit | May 18-20, 2010. Chicago, Illinois<br>Sit with the Seventh Circuit Court of Appeals Panel.<br>Remarks at the Chicago Bar Association Reception.<br>(Transportation, lodging and meals) |
| 20. | MacArthur Networks Law and Neuroscience Project | May 21, 2010. Santa Barbara, California<br>Attend Board Meetings.<br>(Transportation, lodging and meals) |
| 21. | iCivics.org | May 25-26, 2010. New York City, New York<br>Meeting with iCivics supports and board members<br>Remarks at the Games for Change Festival at The New School;<br>Visit students at democracy Prep Charter School;<br>Interview for the Today Show concerning civic education<br>Sit with the Eleventh Circuit Court of Appeals Panel.<br>(Transportation, lodging and meals) |

| | | |
|---|---|---|
| 22. | Connecticut Bar Association and Kent Memorial Library Association | June 4 -7, 2010. Hartford and Kent, Connecticut<br>Remarks to the Young Lawyers Section of the Connecticut Bar Association; remarks to the Kent Memorial Library Association<br>Sit with the Eleventh Circuit Court of Appeals Panel.<br>(Transportation, lodging and meals) |
| 23. | Semester at Sea Voyage Leadership Forum on Global Affairs | June 9 - 14, 2010. Voyage from Ft. Lauderdale, Florida to Halifax, Nova Scotia.<br>Remarks to members of the Leadership Forum on Global Affairs and remarks to audience attending sessions.<br>(Transportation, lodging and meals for self) |
| 24. | Rockefeller Foundation and Dr. Judith Rodin | June 20 - 25, 2010. Milan, Italy<br>Participation in Board meetings.<br>(Transportation, meals and lodging) |
| 25. | Aspen Ideas Festival | July 5, 2010. Aspen, Colorado<br>Remarks to Aspen participants and visit with students.<br>(Transportation) |
| 26. | National District Attorney's Association | July 11-12, 2010. Napa Valley, California<br>Remarks to the National District Attorney's Association Conference.<br>(Transportation, meals and lodging) |
| 27. | Central Eastern European Law Imitative (CEELI) and US Embassy in Prague | July 17 - 22, 2010. Prague, Czech Republic<br>Participate in CEELI Institute Board Meetings, Governing Board and International Advisory Board; panel discussion with local judiciary; and Judicial Integrity Roundtable.<br>(Transportation, meals and lodging) |
| 28. | National Center for State Courts | July 26-27, 2010. Vail, Colorado<br>Participate in Conference of Chief Justices; luncheon remarks on the civics education<br>(Transportation, meals and lodging) |
| 29. | United States Court of Appeals for the Ninth Circuit | July 29, 2010. Billings, Montana<br>Sit with the Ninth Circuit Court of Appeals Panel.<br>(Transportation, meals and lodging) |
| 30. | Furman and Susan Mosely | August 1 - 4, 2010. Alder, Montana - Ruby Springs Lodge.<br>Discussions with Dr. Lambert and others concerning direction of the Elon University.<br>(Meals and lodging) |
| 31. | Aspen Institute | August 10, 2010. Aspen, Colorado.<br>Participate in McCloskey Speaker Series, conversation format with Q&A from the audience.<br>(Travel and meals) |

| 32. | Chautauqua Institute | August 20, 2010. Chautauqua, New York<br>Presentation at Chautauqua Institute for its Supreme Court: Issues of Justice and Personal Rights series with Professor Craig Joyce with Q&A from the audience.<br>(Travel) |
|---|---|---|
| 33. | Iowa state Bar Association | September 7-8, 2010. Des Moines, Iowa<br>Dinner with members of the Iowa Supreme Court; breakfast meeting, remarks on judicial independence and merit selection of judges followed by panel discussion.<br>(Lodging and meals) |
| 34. | Hispanic National Bar Association | September 9, 2010. Minneapolis, Minnesota<br>Luncheon remarks on civic education.<br>(Transportation and meal) |
| 35. | Institute for the Advancement of the American Legal System and Pat Broe | September 21-22, 2010. Las Vegas and Reno, Nevada<br>News taping, meetings with editorial boards, and participation at the Boyd School of Law Forum.<br>(Lodging and meals. Transportation provided by Pat Broe) |
| 36. | American Bar Association Rule of Law Initiative | October 14, 2010. Washington, D. C.<br>Receive a Lifetime Achievement Award, remarks at dinner<br>(Transportation and meal) |
| 37. | New York University Benjamin Cardozo School of Law | October 17, 2010. New York City, NY<br>Q&A session with law students, remarks at dinner in honor of Paul Verkuil.<br>(Transportation, meals and lodging) |
| 38. | Stanford University | October 21-24, 2010. San Francisco, CA<br>Participate in class panel discussion and in panel discussion for the University.<br>(Transportation and lodging) |
| 39. | California Women's Conference | October 25, 2010. Los Angeles, CA<br>Participate in receptions for speakers, luncheon conference with a discussion with Justice Ruth Ginsburg, received the Minerva Award and gave brief remarks.<br>(Transportation, meals and lodging) |
| 40. | Rockefeller Foundation | November 1. New York, New York<br>Participation in Board meetings.<br>(Transportation, meals and lodging) |
| 41. | Lyndon Baines Johnson Library Foundation | November 29-30. Austin, Texas<br>Luncheon and evening Harry Middleton lecture at the LBJ Libary.<br>(Transportation and meals) |
| 42. | Court of Appeals for the Fourth Circuit | December 7-10. Richmond, Virginia<br>Sit with the Fourth Circuit Court of Appeals Panel.<br>(Transportation, lodging and meals) |

| 43. | John F. Kennedy Library Foundation | December 13.  Boston, Massachusetts Program at the JFK Library with dinner. (Transportation, lodging and meals) |
|---|---|---|